[No. 4984–1–III.   Division Three.   April 26, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
E. ROWETT, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 81–8–00397–3, Daniel Hurson, J. Pro Tem., entered January 18, 1982. *Reversed* and *dismissed* by unpublished opinion per McInturff, J., concurred in by Green, J., Roe, C.J., dissenting.

[No. 5077–7–III.   Division Three.   April 26, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. BARNEY
E. DIXEY, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81–1–00250–7, Carl L. Loy, J., entered March 9, 1982. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, A.C.J., and Green, J.

[No. 5017–3–III.   Division Three.   April 26, 1983.]

GRACE HASTINGS, *Appellant,* v. AMES, I.G.A.,
*Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 245442, Harold D. Clarke, J., entered February 10, 1982. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Roe, C.J., and Green, J.

[No. 5157–9–III.   Division Three.   April 26, 1983.]

CLAYTON SUTTON, ET AL, *Respondents,* v. RANDALL
E. WILKINSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81–2–00056–7, Howard Hettinger, J., entered April 2, 1982. *Dismissed* by unpublished per curiam opinion.